IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOBIAS MASCARENAS,

    Plaintiff,

vs.                                CIV. NO. 1:23-cv-01152-JHR

MARTIN O'MALLEY,
Commissioner of Social
Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to the order entered concurrently herewith, the Court enters this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and hereby remands this matter to the Commissioner for further proceedings.

_____
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent